UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPRA KOCHAR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WALMART, INC.,<br><br>        Defendant. | Case No. 21-cv-02343-JD<br><br>**TRANSFER ORDER** |

Pursuant to the minute order, Dkt. No. 77, the case is transferred to the Eastern District of Arkansas.

**IT IS SO ORDERED.**

Dated: March 24, 2023

JAMES DONATO
United States District Judge