IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHIPRA KOCHAR, Individually,
and on Behalf of all Others Similarly
Situated and ASHA DAVIS                                                PLAINTIFFS

v.                              No. 4:23-cv-290-DPM

WALMART INC.,
a Delaware Corporation                                                  DEFENDANT

## ORDER

This case is related to a pending consolidated matter about allegedly contaminated Walmart baby food. Common questions of law and fact are presented. FED. R. CIV. P. 42(a). The Court therefore consolidates this case with the lead case, 3:21-cv-82-DPM, on the terms specified in *Doc. 26*, in that case. All future filings should be made in the lead case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2023