# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHIPRA KOCHAR, individually and on behalf of all others similarly situated and ASHA DAVIS**                                          **PLAINTIFFS**

**v.**                                **No. 4:23-cv-290-DPM**

**WALMART INC., a Delaware Corporation**                **DEFENDANT**

## JUDGMENT

All of the plaintiffs' remaining claims are dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

31 March 2026